# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | PO-24-5096-GF-JTJ |
|---|---|
| Plaintiff, | VIOLATION: E2029109 |
| vs. | Location Code: M13 |
| BRANDON A. BRIDGE, | ORDER |
| Defendant. | |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the citation is **DISMISSED** with prejudice. **IT IS FURTHER ORDERED** that the initial appearance scheduled for December 5, 2024 is **VACATED**.

DATED this 5th day of December, 2024.

_____
John Johnston
United States Magistrate Judge